UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE A. SILVA, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Action No. 19-cv-10355-ADB |
| | * |
| ROBERT M. FARRELL, et al. | * |
| | * |
| Defendants. | * |
| | * |

**<u>ORDER</u>**

BURROUGHS, D.J.

On May 1, 2019, the Court entered an order [ECF #9] that this action be dismissed. The Clerk subsequently docketed a final order of dismissal [ECF #10] and mailed copies of both orders to Silva.

On May 10, 2019, after he presumably received notice of dismissal of this action, Silva filed a motion in this action [ECF #14] in which he asks for a writ of execution of what he believes to be a judgment entered in his favor in *Silva Wayne Anthony v. City of New Bedford*, C.A. No. 00-10258-PBS (D. Mass.). However, as has already been explained to Silva, judgment was never entered in Silva's favor in that case. *See Silva Wayne Anthony v. City of New Bedford*, C.A. No. 00-10258-PBS (D. Mass.) [ECF ## 6, 74]. Although the Clerk erroneously issued a writ of execution in favor of Silva after that case had been dismissed, the Court immediately vacated the writ when the mistake was brought to the Court's attention. *See id.* [ECF ##37, 38, and electronic order dated December 23, 2005].

Accordingly:

(1) The present motion for a writ of execution [#14] is DENIED. Further review of this action may only be had before the United States Court of Appeals for the First Circuit. To initiate an appeal, Silva must file a Notice of Appeal with this Court.

(2) Except for the filing of a Notice of Appeal, Silva is prohibited from filing any other papers in this action. Failure to comply with this order may result in sanctions. If Silva attempts to file a document in violation of this order, the Clerk shall return the paper to Silva and make a notation of the same on the public docket. This order is made in light of Silva's history of filing numerous post-judgment motions that are without merit. *See*, *e.g.*, *Silva v. Thornton*, C.A. No. 17-12106-FDS (D. Mass.) (documents returned to Silva after January 29, 2018); *Silva v. United States of America*, 07-11133-DPW (D. Mass.) (documents filed after July 2, 2007); *Silva Wayne Anthony v. City of New Bedford*, C.A. No. 01-10918-RWZ (D. Mass) (documents filed after November 6, 2001).

**IT IS SO ORDERED.**

Dated: May 10, 2019

                                                    /s/ Allison D. Burroughs
                                                  ALLISON D. BURROUGHS
                                                  DISTRICT JUDGE